UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

B&B DEVICES, INC.,

        Plaintiff,

    -against-

STERLING ENGINEERING CORP. et al.,

        Defendants.
------------------------------------------------------------X

**OPINION & ORDER**
04-cv-2864 (SJF)(ETB)

FEUERSTEIN, J.:

This breach of contract action was removed from New York Supreme Court, Suffolk County, on July 9, 2004. On September 22, 2004, Magistrate Judge E. Thomas Boyle issued a Report and Recommendation to the undersigned, recommending that the parties' request that the case be administratively closed be granted. Specifically, Magistrate Judge Boyle recommended that the parties be allowed to attempt to resolve the dispute by conducting a naval inspection, an independent inspection and possibly an internal government appeal process.

No objections were received to Magistrate Judge Boyle's Report and Recommendation. I therefore adopt the September 22, 2004 Report and Recommendation in its entirety. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72. The Clerk of the Court is directed to close this action, subject to restoration to the Court's active docket upon the application of any party prior to September 22, 2007.

IT IS SO ORDERED.

_____
Sandra J. Feuerstein
United States District Judge

Central Islip, New York
January __, 2006

To:

Michael A. Ciaffa
Meyer, Suozzi, English & Klein, P.C.
1505 Kellum Place
Mineola, NY 11501

Gary Marcus
Michael I. Silverstein
Goldberg & Connolly
66 North Village Avenue
Rockville Centre, NY 11570

Jennean R. Rogers
Cullen and Dykman Bleakley Platt LLP
100 Quentin Roosevelt Blvd.
Garden City, NY 11530

James K. Robertson, Jr.
Carmody & Torrance
50 Leavenworth Street
Waterbury, CT 06721